GOVERNMENT EXHIBIT 2

# ATF Evidence/Photo Log

Page 1 of 3

Location: 2824 Roosevelt Dr
Date: 6-21-24
Case #: 24-17354
Prepared by/Assistant: SA Witmer

Personnel: ATF

| Item # | Description | Location Found | Recovered by | Photo # | Packaging | Comments |
|---|---|---|---|---|---|---|
| 1 | Apple Iphone | Back Porch | Stewart | | | |
| 2 | Taurus Revolver LZ31174 | E | ↓ | | | loaded - 4 rnds side of nightstand |
| 3 | 4 rnds 357 | E | ↓ | | | |
| 4 | Diamondback DB9 9mm YL4112 | E | ↓ | | | 1 in chamber night stand (L) |
| 5 | ammo (13 rnds) | E | ↓ | | | |
| 6 | Ruger Rifle 22LR 1022 001749554 | E | Padilla | | 4 mags | under bed, fully loaded 1 in chamber |
| 7 | Walther PP 7.65mm | E | ↓ | | mag + holster | Inside #6 case |
| 8 | Anderson Am 15 411869 | E | ↓ | | 5 mags | under bed in case loaded |
| 9 | Tennessee Arms Tac 9 19108753 | E | ↓ | | | under bed, inside #8 case |
| 10 | Ruger 22 LR 493-17034 G000003507 | E | ↓ | | | w/ case, under bed |
| 11 | Walther PKK/S 9mm 0642BAV | E | ↓ | | | Inside #10 case 1 mag |
| 12 | Bowl | Back porch | Stewart | | | |
| 13 | marijuana/shrooms | B | ↓ | | | kitchen counter |
| 14 | med. marijuana card | B | ↓ | | | In wallet on counter |
| 15 | Laptop | A | morgan | | | w/ charger |

# ATF Evidence/Photo Log

Page 2 of 3

Location: 2824 Roosevelt Dr.
Date: 6-21-24
Case #: 24-17354
Prepared by/Assistant: SA Witmer

Personnel:

| Item # | Description | Location Found | Recovered by | Photo # | Packaging | Comments |
|---|---|---|---|---|---|---|
| 16 | Firearms parts/Accessories Black Bag | Shed | Burnell/Ludman | | | |
| 17 | Ammo | Shed | | | | Can + Box |
| 18 | S&W 500 DMZ8656 | E | Hull | | | top closet |
| 19 | Taurus Raging Hunter | E | ↓ | | | top closet loaded w/ ammo |
| 20 | Desert Eagle MT593798 600037 | E | Padilla | | | top closet w/ammo, loaded |
| 21 | Empty Walther Box | E | ↓ | | | closet |
| 22 | Firearms parts + Accessories + ammo | Shed | Burnell/Ludman | | | |
| 23 | ammo + mags | E | Padilla | | | Closet, Bottom Left |
| 24 | Cell phone | B | Morgan | | | Kitchen Drawer |
| 25 | Mossburg M500 V1078077 | E | Padilla | | | closet w/ammo |
| 26 | Henry Arms 12TSSS00143 Camo Shotgun | E | ↓ | | | closet |
| 27 | Remmington 93734 31 Shotgun | E | ↓ | | | closet |
| 28 | Anderson Am-15 20040558 | E | ↓ | | | closet |
| 29 | Henry Arms BB00749566 H0062 Rifle | E | ↓ | | | closet |
| 30 | Bushmaster XM15-E2S L2031573 | E | ↓ | | | closet |

# ATF Evidence/Photo Log

Page 3 of 3

Location: 2824 Roosevelt Dr
Date: 6-21-2024
Case #: 24-17354
Prepared by/Assistant: SA Witmer

Personnel:

| Item # | Description | Location Found | Recovered by | Photo # | Packaging | Comments |
|---|---|---|---|---|---|---|
| 31 | Firearms Accessories ammo | E | Padilla | | | closet |
| 32 | Magazine/Ammo | Shed | Morgan | | | |

Nothing further