GOVERNMENT
EXHIBIT
1



**Rich Little**
2 hours ago

Senator Doug Mastriano

You ruin one more person I will wear your fucking flesh

You are done you piece of shit, leave now or don't

But you will leave today.

Or you will not be found Monday Senator.

Make your fucking choice

 Like      Comment      Share

 Write a comment...