AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Richard Little<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-mj-00051 |

**FILED**
HARRISBURG, PA
JUN 28 2024
PER _____
DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Richard Little ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c) - Interstate Communications / Threats

18 U.S.C. § 922(g)(3) - Unlawful Poss. of Firearm by Unlawful User of Controlled Substance


Date: JUNE 21, 2024

*Issuing officer's signature*

City and state: Harrisburg, Pennsylvania

DARYL F. BLOOM, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/21/24, and the person was arrested on *(date)* 6/21/24
at *(city and state)* Franklin County, PA.

Date: 6/24/24

*Arresting officer's signature*

Steve Lindman, SA
*Printed name and title*